[Crim. No. 2927. Second Appellate District, Division Two.—November 16, 1936.]

THE PEOPLE, Respondent, v. WILLIAM YANDELL, Appellant.

Gladys Towles Root for Appellant.

U. S. Webb, Attorney-General, for Respondent.

THE COURT.—This is an appeal from a conviction of the crime of burglary, a felony. The clerk's transcript was

filed October 6, 1936. The reporter's transcript was filed October 8, 1936, and the case was ordered on the calendar for November 13, 1936, and due notice given. No briefs have been filed and no requests for extension of time have been made. Defendant has made no appearance. Under authority of section 1253 of the Penal Code the judgment is affirmed.

Judgment affirmed.